# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **ANTHONY BERNARD LOFTIS** | § | |
| | § | |
| **V.** | § | **A-23-CV-1236-DII** |
| | § | |
| **BRYAN COLLIER** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Plaintiff's civil-rights complaint is **DISMISSED WITH PREJUDICE** as frivolous until such time as Plaintiff satisfies the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994). *See* 28 U.S.C. § 1915(e)(2)(B).

It is finally **ORDERED** that this case is **CLOSED**.

**SIGNED** on October 17, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE